# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. 16- 2002 JJO

UNITED STATES OF AMERICA

vs.

AN XING LIANG, ZHIHONG FAN, and
WENQIANG BIAN,

               **Defendants.**

_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United
      States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States
      Attorney's Office prior to September 1, 2007? _____ Yes    __X__ No

                        Respectfully submitted,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

BY: _____
                        JOSHUA S. ROTHSTEIN
                        ASSISTANT UNITED STATES ATTORNEY
                        Court ID No. A5502111
                        99 N. E. 4th Street
                        Miami, Florida   33132-2111
                        TEL (305) 961-9208
                        FAX (305) 530-7976

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| AN XING LIANG, ZHIHONG FAN, and WENQIANG BIAN, | ) Case No. 16 - 2002 JJO |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 2, 2016_____ in the county of _____Miami-Dade_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(b)(2) | Conspiracy to Commit Access Device Fraud |
| 18 U.S.C. § 1029(a)(2) and 2 | Use of One or More Unauthorized Access Devices to Obtain Anything of Value Aggregating $1,000 or More. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenneth R. Sealy, TFO-IRS
Printed name and title

Sworn to before me and signed in my presence.

Date: _____01/04/2016_____

_____
Judge's signature

City and state: _____Miami, Florida_____

Hon. John J. O'Sullivan, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Kenneth R. Sealy, a Task Force Officer with the United States Internal Revenue Service Criminal Investigations Division (IRS-CI), being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Detective with the City of Aventura Police Department (APD) and have been so employed for approximately eleven years.  I am currently assigned as a Task Force Officer (TFO) with IRS-CI and have been so assigned for approximately four years.

2.      The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case.  This affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint against An Xing LIANG, Zhihong FAN, and Wenqiang BIAN for a violation of the laws of the United States, that is conspiracy to commit access device fraud, in violation of Title 18, United States Code, Section 1029(b)(2); and use one or more unauthorized access devices to obtain anything of value aggregating $1,000 or more, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## PROBABLE CAUSE

3.      On or about January 2, 2016, at approximately 2:35 pm, LIANG and FAN entered the Aventura Mall located at 19501 Biscayne Blvd in Aventura, Florida 33180.

4.      LIANG and FAN approached the World Phone kiosk and selected a Samsung Galaxy S6 edge cellular phone valued at $ 1,077.00 for purchase.  FAN presented a counterfeit Barclay Mastercard credit card embossed and encoded with an account number ending in 3924 and embossed with the name "Yi Li" to complete the purchase.

5.    Upon swiping the credit card presented by FAN, the sales associate was alerted that the security chip was not reading correctly. The sales associate then processed the credit card using the magnetic strip to complete the purchase for $1,177.00. During the course of the transaction, the sales associate became suspicious when he noticed the Mastercard logo appeared blurry and the color was faded in several locations on the card. The sales associate then contacted mall security and advised them of the situation and provided a physical and clothing description.

6.    LIANG and FAN then entered the Louis Vuitton store where they both began to select various items for purchase. FAN selected a purse valued at $5,562.00 and presented a counterfeit Commercial Bank of China Visa credit card embossed and encoded with an account number ending in 0024 and embossed with the name "Yun Zhao" to complete the purchase. LIANG selected a purse valued at $5,562.00 and presented a counterfeit Industrial Bank of China Visa credit card embossed and encoded with an account number ending in 1898 and embossed with the name "Yi Wu" to complete the purchase. LIANG presented a counterfeit Washington state driver license #WY*234C5 bearing his photograph and the name "Yi Wu" to complete the transaction.

7.    Mall Security observed LIANG and FAN as they exited the Louis Vuitton store and notified law enforcement. LIANG and FAN were observed entering a black GMC Yukon with a Florida license plate of EVTV04. Mall security observed as the vehicle pulled out of its parking space and then proceeded to drive up and down several parking aisle. After several minutes a white convertible Chevrolet Corvette pulled up next to the GMC Yukon.

8.    LIANG and FAN then exited the GMC Yukon and LIANG entered the driver's seat of the Chevrolet Corvette and FAN entered the passenger seat. The original driver of the

2

Corvette BIAN then entered the driver's seat of the GMC Yukon, and both vehicles drove off in opposite directions.

9.     Law enforcement conducted a traffic stop of both vehicles in order to conduct an investigation of the reported fraud and observed suspicious behavior.  Upon making contact with the occupants of the Corvette, LIANG provided his valid California driver's license.  LIANG provided law enforcement with the rental contract for the vehicle which listed "Yi Wu" as the renter.  FAN refused to provide any identification.

10.     Upon making contact with the occupant of the GMC Yukon, officers observed BIAN zipping closed two portfolio wallets that appeared to be stuffed with multiple credit cards and shove it into the glove compartment.  BIAN provided his valid California driver's license and the rental contract for the vehicle which listed "Yi Li" as the renter.

11.     Law Enforcement then contacted Alamo rental car and verified that neither LIANG nor BIAN were authorized drivers of the vehicles Alamo authorized law enforcement to impound the vehicles at which point law enforcement conducted inventory searches pursuant to departmental policy.

12.     Upon conducting an inventory of the Corvette, law enforcement discovered a wallet with a counterfeit California driver's license bearing FAN's photograph and the name "Yi Li."  FAN was then taken into custody for possession of a counterfeit driver's license.

13.     Law Enforcement conducted an inventory of the GMC Yukon and located a counterfeit Washington state driver's license in the name "Yi Wu" bearing LIANG's photo, a counterfeit California driver license in the name of "Ge Leng" bearing FAN's photo.  Law Enforcement also recovered over 20 counterfeit Visa and Mastercard logoed credit cards embossed with names that matched the counterfeit driver's licenses.  Law enforcement also

3

located "tipping paper," used in the manufacturing of counterfeit credit cards and merchandise from Louis Vuitton, Tiffany & Co, Apple store, and World Phone valued at over $30,000.

14.     TFO Sealy made contact with the sales associate from World Phone who responded to the traffic stop location and positively identified FAN as the person who completed the transaction for the cellular phone.

15.     TFO Sealy also made contact with Louis Vuitton loss prevention who also responded to the scene and positively identified FAN and LIANG as the individuals that completed the transactions. Louis Vuitton provided law enforcement with CCTV footage for the transactions.

18.     TFO Sealy was subsequently contacted by a victim with the initial "J.R." who stated that she was reviewing her bank account and observed unauthorized charges to Alamo rental and Louis Vuitton at the Aventura Mall. "J.R." advised that her credit card ended in 1898 which matched the counterfeit credit card embossed with the name "Yi Wu" and used by LIANG.   "J.R." verified that she was in possession of her credit card and did not authorize any of the subjects to use or possess her credit card account number.

## CONCLUSION

19.          Based on the above facts, I submit there is probable cause to believe beginning on or around January 2, 2016, in Miami-Dade County, in the Southern District of Florida and elsewhere, LIANG, FAN, BIAN did knowingly conspire to commit access device fraud, in violation of Title 18, United States Code, Section 1029(b)(2); and did knowingly, and with the intent to defraud, use one or more unauthorized access devices to obtain anything of value aggregating $1,000 or more, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

KENNETH R. SEALY
Task Force Officer, IRS

Subscribed and sworn to before me
this 4 day of January 2016.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

5